UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CHITA PRODUCTIONS, INC.,
CHITA RIVERA

Judgment Creditors,

v.

CARMEN JUNCO ASSOCIATES;
CARMEN JUNCO; C.J. & ASOCIADO
INCORPORADO;

Judgment Debtors.

Civil No. 97-1898 (HL)

## ORDER DIRECTING ISSUANCE OF A
## WRIT FOR THE SATISFACTION OF JUDGMENT

**AND NOW,** this 20 the day of September 1999, upon "Judgment Creditors' Motion Requesting Order For the Issuance of Writ of Execution For Satisfaction of Judgment" ("judgment creditor's motion") dated August 20, 1999 and the Court finding that judgment creditor's motion and the record amply demonstrate both the need and appropriateness of this Order and therefore to direct the issuance of a Writ of Execution for the Satisfaction of Judgment against Carmen Junco Associates, Carmen Junco, and C.J. & Asociado Incorporado (hereinafter "judgment debtors") for failure to abide by the terms of the Judgment entered in this civil action on February 22, 1999, in accordance with the terms of the settlement stipulation, as judgment debtors have failed to pay the sums of money in accordance with the terms of the Judgment. More than ten (10) days have elapsed since the entry of Judgment and the Court orders as follows:

**IT IS ORDERED** that the Clerk of this District issue a Writ of Execution directed against Carmen Junco Associates, Carmen Junco, and C.J. & Asociado Incorporado, as judgment debtors and which authorizes the U.S. Marshal to undertake the attachment, seizure and immediate sale at public auction of the property and goods described hereinbelow as is necessary to satisfy the Judgment entered in this civil action. This property is described as follows:

> Any and all assets of Carmen Junco Associates, Carmen Junco, and C.J. & Asociado Incorporado located within the District of Puerto Rico, consisting of, *inter alia,* lands, tenements, goods, chattels, stocks or interest in stocks,




-2-

certificates of deposit, credits and or moneys in bank accounts, either in judgment debtors' hands or in the hands of third persons, which are not otherwise exempt by law from being attached, up to the amount of $69,320, plus attorneys' fees and costs and interest from the date of this Order.

**IT IS ORDERED** that the Writ of Execution specify that the property described herein be sold at public auction forthwith as necessary, by the U.S. Marshal, to satisfy the Judgment in the amount of $69,320, plus attorneys' fees, costs, and interest from the date hereof.

**IT IS FURTHER ORDERED** that the United States Marshal proceed forthwith to levy and sell at public auction to the highest bidder, any the property referred to hereinabove required to be so sold, in the manner and form provided as follows:

(a)  Said public sale shall be held at the office of the Clerk of this Court, or the United States Marshal for this District;

(b)  Notices of sale shall be published by the United States Marshal once a week for at least four weeks prior to the date of the sale, in a newspaper printed regularly and having general circulation on the island of Puerto Rico;

(c)  The United States Marshal shall not accept as payment for the property to be sold anything but United States Currency or certified checks, except in case the property be sold and adjudicated to the plaintiff, in which case the amount of the bid made by plaintiff shall be credited and deducted from its Judgment credit; the judgment creditor being required to pay in cash or certified check only any excess of its bid over the indebtedness then remaining unsatisfied;

(d)  The United States Marshal may, either personally or by some person designated by him to act in his name and by his authority, adjourn the sale from time to time without further publication;

-3-

(e) Upon the confirmation of the sale by this Court, the United States Marshal shall execute and deliver a Bill of Sale for the property sold to the purchaser thereof.

**IT IS FURTHER ORDERED** that the Writ of Execution state that, upon further application, judgment creditors may obtain an Order directing that, after the assets described in this order are sold at public auction, the proceeds derived therefrom be turned over to judgment creditors in an amount up to the amounts aforestated toward satisfaction of Judgment entered in this case.

**IT IS FURTHER ORDERED** that this Order and the Writ of Execution be served upon judgment debtors Carmen Junco Associates, Carmen Junco, and C.J. & Asociado Incorporado by the U.S. Marshal.

**BE IT SO ORDERED AND NOTIFIED.**

In San Juan, Puerto Rico, this 20th day of Sept., 1999.

_____
Héctor M. Laffitte
Chief United States District Judge
for the District of Puerto Rico