UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Chita Productions, Inc., et al
v.
Carmen Junco Associates, et al

CASE NUMBER: 97-1898 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9.8.99  **Docket #** 61<br>[x] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion Requesting leave to file reply | Denied. The Court has granted the motion for issuance of a writ of execution. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9.13.99  **Docket #** 62<br>[x] Plffs  [ ] Defts  [ ] Other<br>**Title:** Urgent Request for issuance of writ | Granted. |

Date 9/20/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


