# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Chita Productions, Inc., et al
v.
Carmen Junco Associates, et al

CASE NUMBER: 97-1898 (HL)



| MOTION | ORDER |
|---|---|
| **Date Filed:** 9.27.99  **Docket #** 65<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Motion and notice for leave to deposit funds with the court | Granted. Defendant is granted leave to deposit the funds with the Clerk of the Court. |
| **Date Filed:** 10.5.99  **Docket #** 66<br>[x] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion to request grant of leave to deposit funds | Granted. See the above order. |

Date 11-03-99

HECTOR M. LAFFITTE
Chief U.S. District Judge


